IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00263-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMINIQUE CROWDER (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to suppress statements allegedly taken in violation of Miranda, (Doc. No. 28), and the government's response notifying the Court and the defendant that it will not use the statements at issue in its case-in-chief, (Doc. No. 29).

**IT IS, THEREFORE, ORDERED** that the defendant's motion to suppress, (Doc. No. 28), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the Federal Defender and the United States Attorney.

Signed: March 10, 2021

Robert J. Conrad, Jr.
United States District Judge