IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00263-RJC-DCK

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DOMINIQUE CROWDER (2), | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon the defendant's Motion to Dismiss Count Three, (Doc. No. 33), which the government does not oppose, (Doc. No. 40). For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 33), is **GRANTED** and Count Three of the Indictment, (Doc. No. 1), as to this defendant is **DISMISSED without prejudice**.

Signed: March 29, 2021

Robert J. Conrad, Jr.
United States District Judge